Susan Martin, SBN 014226
Jennifer Kroll SBN 019859
Martin & Bonnett, P.L.L.C.
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Tel: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com
Attorneys for Plaintiff

Gerald Barrett, SBN 005855
Ward, Keenan & Barrett, P.C.
3838 N. Central Ave., Suite 1720
Phoenix, AZ 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
gbarrett@wardkeenanbarrett.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Jones,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Board of Trustees of the I.B.E.W. Local 769-Management Pension Plan; The International Brotherhood of Electrical Workers IBEW Local 769-Management Pension Plan; Mark Cunningham, Trustee of the I.B.E.W. Local 769-Management Pension Plan; Bob Carrillo, Trustee of the I.B.E.W. Local 769-Management Pension Plan; Eric Lauriha, Trustee of the I.B.E.W. Local 769-Management Pension Plan; Scott Olsen, Trustee of the I.B.E.W. Local 769-Management Pension Plan,<br><br>　　　　　Defendants. | No. 2:21-cv-00166-DLR<br><br>**NOTICE OF SETTLEMENT** |

1  The parties give notice that they have entered into a settlement agreement under
2  which the last act will be completed by or before May 5, 2021.  Upon completion,
3  plaintiff will file a notice of dismissal with prejudice.

RESPECTFULLY SUBMITTED this 7th day of April, 2021.

MARTIN & BONNETT, P.L.L.C.

By: s/Jennifer Kroll (with permission)

_____

Susan Martin
Jennifer Kroll
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Attorneys for Plaintiff

WARD, KEENAN & BARRETT, P.C.

By: s/Gerald Barrett
3838 N. Central Ave.
 Suite 1720
Phoenix, AZ 85012
Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2021, I electronically transmitted the foregoing to the Clerk=s office using the CM/ECF System for filing.

By: s/Mary Farley