Susan Martin (AZ #014226)
Jennifer Kroll (AZ #019859)
Martin & Bonnett, P.L.L.C.
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Jones,<br><br>Plaintiff,<br><br>v.<br><br>Board of Trustees of the I.B.E.W. Local 769-Management Pension Plan; The International Brotherhood of Electrical Workers IBEW Local 769 – Management Pension Plan; Mark Cunningham, Trustee of the I.B.E.W. Local 769- Management Pension Plan; Bob Carrillo, Trustee of the I.B.E.W. Local 769- Management Pension Plan; Eric Lauriha, Trustee of the I.B.E.W. Local 769- Management Pension Plan; Scott Olsen, Trustee of the I.B.E.W. Local 769- Management Pension Plan,<br><br>Defendants. | Case No.: 2:21-CV-00166-DLR<br><br>**Notice of Voluntary Dismissal with Prejudice** |

Pursuant to Fed R Civ P 41(a)(1), Plaintiff Daniel Jones, by and through undersigned counsel, hereby notifies the Court that he voluntarily dismisses this action with prejudice. Defendants have not filed an answer or motion for summary judgment.

**DATED** this 27th day of April 2021.

**MARTIN & BONNETT, P.L.L.C.**
By: s/Jennifer Kroll

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Susan Martin
Jennifer Kroll
4647 N. 32nd St., Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900

*Attorneys for Plaintiff*